UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-23614

ZANDA BALODE,

    Plaintiff,

vs.

INK 477 LLC,
and FADI ABDULNOUR, Individually,

    Defendant.
_____/

## PLAINTIFF'S AMENDED STATEMENT OF CLAIM

Plaintiff, ZANDA BALODE, ("Plaintiff"), by and through undersigned counsel, hereby states this claim as follows:

1. Plaintiff has endeavored at this stage of litigation to formulate this Statement of Claim on the basis of the best data available. In addition, this response is based upon the undersigned counsel's understanding of the facts and the information reviewed thus far.

2. Discovery is yet to commence, thus this Statement of Claim, while believed to be accurate, does not constitute an affidavit or a binding statement and is subject to the Federal Rules of Evidence and Procedure. Because additional facts likely would be uncovered through discovery, Plaintiff in no way waives any right to present new or additional information at a later date, for substance or clarification. Moreover, by submitting this Statement of Claim, Plaintiff does not waive, and hereby preserves, any and all substantive and procedural rights that may exist.

**a. An initial estimate of the total amount of alleged unpaid wages;**

Plaintiff is owed approximately $1,309.68 in total unpaid wages. Plaintiff also seeks front

1

wages, back wages, compensatory damages, and attorneys' fees and costs as a result of Defendant's retaliatory actions in terminating Plaintiff's employment.

**b. A preliminary calculation of such wages;**

Plaintiff makes approximately $7.96 per hour an worked approximately 30 hours per week—for a total of $238.8 base pay per week, or ($955.20 per month), however, Defendant regularly deducted 15% of wages from Plaintiff for each of Plaintiff's paychecks, which is a total owed of [$143.28] in missed base pay wages per month for three months Plaintiff is owed wages for; a total of 143.28 x 3 = $429.84 in unliquidated unpaid base pay wages. Plaintiff is owed and additional liquidated amount in base pay unpaid wages. Plaintiff had her tips deducted by Defendant unlawfully as well by 15% for the months of February through April of 2023. Plaintiff is owed approximately $150.00 per month in due tipped wages (or 15% of her total $1,000.00 average tipped wages). For a total of $150.00 x 3 = $450.00 owed in tipped wages for the relevant time period. Plaintiff was terminated as a result of her request for wages and opposition and objections to Defendant's failure to pay wages. Indeed, Plaintiff requested her due and owed wages and was fired as a result thereof.

**c. The approximate period during which the alleged FLSA violations occurred—**

February 17, 2023, through April 22, 2023.

**d. The nature of the wages (e.g., overtime or straight time)—**

The Plaintiff seeks unpaid straight time (Plaintiff's regular rate) and gap wages along with Plaintiff's unpaid tipped wages. Plaintiff further seeks unliquidated and liquidated damages.

Dated: November 28, 2023                      Respectfully submitted,

                                               */s/ Jorge Costa*
                                               Anthony M. Georges-Pierre, Esq.
                                               Florida Bar No. 533637
                                               Jorge L. Costa, Esq.
                                               Florida Bar No.: 1031513
                                               REMER, GEORGES-PIERRE &
                                               HOOGERWOERD, PLLC
                                               2745 Ponce de Leon Boulevard
                                               Coral Gables, FL 33134
                                               Miami, FL 33130
                                               (305) 416-5000- Telephone
                                               (305) 416-5005- Facsimile
                                               Email: agp@rgph.law
                                               Jcosta@rgph.law
                                               *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 28, 2023, I electronically filed the foregoing document with the CM/ECF E-Filing Portal. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via electronic transmission of Notices generated by the CM/ECF E-Filing Portal or in some other authorized manner for those counsel or parties who are not authorized to receive such Notices.

*SERVICE LIST*
Sergio R. Casiano, Jr.
Florida Bar No.: 457302
sergio.casiano@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
100 SE 2nd Street, Suite 2100
Miami, FL 33131
Tel. (305) 374-4400
Fax (305) 579-0261
*Counsel for Defendants*

                */s Jorge Costa*
                Anthony M. Georges-Pierre, Esq.
                Florida Bar No. 533637
                Jorge L. Costa, Esq.
                Florida Bar No.: 1031513