# EXHIBIT A

Employee Name: Balode, Zanda (5554)  Paygroup  Level 6

## Grat Totals

| Event Cat | Emp. # | Emp. Type | Evt Date | Service Charge Grat | Tips Grat | Hrs |
|---|---|---|---|---|---|---|
|  |  |  | 3/19/2023 | $143.95 | $0.00 | 5.23 |
| Lunch | 5554 | Server |  | $143.95 | $0.00 | 5.23 |
|  |  |  | 3/20/2023 | $340.12 | $0.00 | 6.52 |
| Dinner | 5554 | Server |  | $340.12 | $0.00 | 6.52 |
|  |  |  | 3/21/2023 | $145.48 | $45.20 | 7.00 |
| Dinner | 5554 | Server |  | $145.48 | $45.20 | 7.00 |
|  |  |  | 3/25/2023 | $40.83 | $0.00 | 2.17 |
| Lunch | 5554 | Server |  | $40.83 | $0.00 | 2.17 |
|  |  |  | 3/26/2023 | $128.01 | $0.00 | 5.68 |
| Lunch | 5554 | Server |  | $128.01 | $0.00 | 5.68 |
|  |  |  | 3/27/2023 | $140.99 | $0.00 | 5.00 |
| Dinner | 5554 | Server |  | $140.99 | $0.00 | 5.00 |
|  |  |  | 3/28/2023 | $148.07 | $11.33 | 5.99 |
| Dinner | 5554 | Server |  | $148.07 | $11.33 | 5.99 |
|  |  |  | 4/1/2023 | $173.97 | $16.74 | 6.65 |
| Lunch | 5554 | Server |  | $173.97 | $16.74 | 6.65 |
|  |  |  |  | $1,261.43 | $73.27 | 44.24 |

Page: 4

Report created: 4/8/2023 10:22 AM

Evention  AMAL

# Evention

**AMAL**

## Employee Pay Sheets 4/2/2023 - 4/15/2023

Employee Name: Balode, Zanda (5554)    Paygroup    Level 6

### Grat Totals

| Event Cat | Emp. # | Emp. Type | Evt Date | Service Charge Grat | Tips Grat | Hrs |
|---|---|---|---|---|---|---|
|  |  |  | 4/2/2023 | $233.63 | $65.03 | 7.62 |
| Lunch | 5554 | Server |  | $233.63 | $65.03 | 7.62 |
|  |  |  | 4/3/2023 | $165.26 | $103.49 | 5.73 |
| Dinner | 5554 | Server |  | $165.26 | $103.49 | 5.73 |
|  |  |  | 4/4/2023 | $261.98 | $10.82 | 6.62 |
| Dinner | 5554 | Server |  | $261.98 | $10.82 | 6.62 |
|  |  |  | 4/8/2023 | $168.79 | $27.62 | 6.62 |
| Lunch | 5554 | Server |  | $168.79 | $27.62 | 6.62 |
|  |  |  | 4/9/2023 | $165.24 | $47.04 | 6.83 |
| Lunch | 5554 | Server |  | $165.24 | $47.04 | 6.83 |
|  |  |  |  | $994.92 | $253.99 | 33.42 |

push

19-7076
3250

DATE: 2023 - 04 - 07
YYYY  MM  DD

***** $1,428.43

PAY: ***** 1,428 DOLLARS AND 43 CENTS

TO THE ORDER OF: Zanda Balode
340 SE 3rd ST
Apt 1404
Miami, FL 33131

Re: Amal - Level 6 Grove Ink

**Employer:** Ink 477 LLC - 1691 Michigan Avenue suite 501 Miami Beach FL 33139 USA
**Employee Name:** Balode, Zanda
**Employee Number:**
**Period:** Sun Mar 19, 2023 to Sat Apr 1, 2023
**Pay Date:** Fri Apr 7, 2023

## Pay Summary

Net Pay: $1,428.43

| Description | Rate | Hours | Earning | Deduction | Benefit | Earning/Deduction | Benefit | Hours |
|---|---|---|---|---|---|---|---|---|
| Regular Pay: Level 6 - Server | $7.98 | 44.23 | $352.96 | - | - | $921.77 | - | 115.51 |
| Service Charge Income | - | - | $1,261.43 | - | - | $3,486.91 | - | - |
| Charged Tips | - | - | $73.27 | - | - | $614.00 | - | - |
| Vacation Payout | - | - | - | - | - | - | - | - |
| Regular Pay: Level 6 - Training FOH/H | - | - | - | - | - | $311.74 | - | 28.34 |
| Training | - | - | - | - | - | $22.00 | - | - |
| **Total Earnings** | | | **$1,687.66** | | | **$5,356.42** | | **143.85** |
| Federal Income Tax | - | - | - | $130.13 | - | $416.44 | - | - |
| FICA Tax | - | - | - | $104.63 | - | $332.09 | - | - |
| Medicare Tax | - | - | - | $24.47 | - | $77.67 | - | - |
| **Total Deductions** | | | | **$259.23** | | **$826.20** | | **0.00** |
| **Total** | - | **44.23** | **$1,687.66** | **$259.23** | - | **$4,530.22** | - | |

Other Details:

FFCRA Sick Leave

           Hours
Current Earned: 0.00 hrs
Current Taken: 0.00 hrs
Balance:       5.00 hrs



push

19-7076
3250

DATE: 2023 - 02 - 24
YYYY   MM   DD

***** $70.60

PAY: ***** 70 DOLLARS AND 60 CENTS

TO THE ORDER OF: Zanda Balode
340 SE 3rd ST
Apt 1404
Miami, FL 33131

Re: Amal - Level 6 Grove Ink

**Employer:** Ink 477 LLC - 1691 Michigan Avenue suite 501 Miami Beach FL 33139 USA
**Employee Name:** Balode, Zanda
**Employee Number:**
**Period:** Sun Feb 5, 2023 to Sat Feb 18, 2023
**Pay Date:** Fri Feb 24, 2023

## Pay Summary

Net Pay: $70.60

| Description | Rate | Hours | Current Period Earning | Deduction | Benefit | Year To Date Earning/Deduction | Benefit | Hours |
|---|---|---|---|---|---|---|---|---|
| Regular Pay: Level 6 - Training FOH/H | $11.00 | 6.95 | $76.45 | - | - | $76.45 | - | 6.95 |
| Vacation Payout | - | - | - | - | - | - | - | - |
| **Total Earnings** | | | **$76.45** | | | **$76.45** | | **6.95** |
| Federal Income Tax | - | - | - | - | - | - | - | - |
| FICA Tax | - | - | - | $4.74 | - | $4.74 | - | - |
| Medicare Tax | - | - | - | $1.11 | - | $1.11 | - | - |
| **Total Deductions** | | | | **$5.85** | | **$5.85** | | **0.00** |
| Total | - | 6.95 | $76.45 | $5.85 | - | $70.60 | - | |

**Other Details:**

FFCRA Sick Leave

| | Hours |
|---|---|
| Current Earned: | 0.00 hrs |
| Current Taken: | 0.00 hrs |
| Balance: | 5.00 hrs |

◊ push

DATE: 2023 - 03 - 10
YYYY   MM   DD

19-7076
3250

***** $1,774.05

PAY: ***** 1,774 DOLLARS AND 5 CENTS

TO THE ORDER OF: Zanda Balode
340 SE 3rd ST
Apt 1404
Miami, FL 33131

Re: Amal - Level 6 Grove Ink

---

**Employer:** Ink 477 LLC - 1691 Michigan Avenue suite 501 Miami Beach FL 33139 USA
**Employee Name:** Balode, Zanda
**Employee Number:**
**Period:** Sun Feb 19, 2023 to Sat Mar 4, 2023
**Pay Date:** Fri Mar 10, 2023

## Pay Summary

Net Pay: $1,774.05

| Description | Rate | Hours | Current Period Earning | Deduction | Benefit | Year To Date Earning/Deduction | Benefit | Hours |
|---|---|---|---|---|---|---|---|---|
| Regular Pay: Level 6 - Server | $7.98 | 34.91 | $278.58 | - | - | $278.58 | - | 34.91 |
| Regular Pay: Level 6 - Training FOH/H | $11.00 | 21.39 | $235.29 | - | - | $311.74 | - | 28.34 |
| Training | - | - | $22.00 | - | - | $22.00 | - | - |
| Service Charge Income | - | - | $1,312.74 | - | - | $1,312.74 | - | - |
| Charged Tips | - | - | $269.20 | - | - | $269.20 | - | - |
| Vacation Payout | - | - | - | - | - | - | - | - |
| **Total Earnings** | | | **$2,117.81** | | | **$2,194.26** | | **63.25** |
| Federal Income Tax | - | - | - | $181.75 | - | $181.75 | - | - |
| FICA Tax | - | - | - | $131.30 | - | $136.04 | - | - |
| Medicare Tax | - | - | - | $30.71 | - | $31.82 | - | - |
| **Total Deductions** | | | | **$343.76** | | **$349.61** | | **0.00** |
| **Total** | - | 56.30 | $2,117.81 | $343.76 | - | $1,844.65 | - | |

**Other Details:**

FFCRA Sick Leave

Hours
Current Earned: 0.00 hrs
Current Taken: 0.00 hrs
Balance: 5.00 hrs

◊push

19-7076
3250

DATE: 2023 - 03 - 24
YYYY  MM  DD

***** $1,257.14

PAY: ***** 1,257 DOLLARS AND 14 CENTS

TO THE ORDER OF: Zanda Balode
340 SE 3rd ST
Apt 1404
Miami, FL 33131

Re: Amal - Level 6 Grove Ink

**Employer:** Ink 477 LLC - 1691 Michigan Avenue suite 501 Miami Beach FL 33139 USA
**Employee Name:** Balode, Zanda
**Employee Number:**
**Period:** Sun Mar 5, 2023 to Sat Mar 18, 2023
**Pay Date:** Fri Mar 24, 2023

## Pay Summary

Net Pay: $1,257.14

| Description | Rate | Hours | Current Period Earning | Deduction | Benefit | Year To Date Earning/Deduction | Benefit | Hours |
|---|---|---|---|---|---|---|---|---|
| Regular Pay: Level 6 - Server | $7.98 | 36.37 | $290.23 | - | - | $568.81 | - | 71.28 |
| Service Charge Income | - | - | $912.74 | - | - | $2,225.48 | - | - |
| Charged Tips | - | - | $271.53 | - | - | $540.73 | - | - |
| Vacation Payout | - | - | - | - | - | - | - | - |
| Regular Pay: Level 6 - Training FOH/H | - | - | - | - | - | $311.74 | - | 28.34 |
| Training | - | - | - | - | - | $22.00 | - | - |
| **Total Earnings** | | | **$1,474.50** | | | **$3,668.76** | | **99.62** |
| Federal Income Tax | - | - | - | $104.56 | - | $286.31 | - | - |
| FICA Tax | - | - | - | $91.42 | - | $227.46 | - | - |
| Medicare Tax | - | - | - | $21.38 | - | $53.20 | - | - |
| **Total Deductions** | | | | **$217.36** | | **$566.97** | | **0.00** |
| **Total** | - | 36.37 | $1,474.50 | $217.36 | - | $3,101.79 | - | |

**Other Details:**

FFCRA Sick Leave

| | Hours |
|---|---|
| Current Earned: | 0.00 hrs |
| Current Taken: | 0.00 hrs |
| Balance: | 5.00 hrs |

◇ push

19-7076
3250

DATE: 2023 - 04 - 21
YYYY  MM  DD

***** $1,290.23

PAY: ***** 1,290 DOLLARS AND 23 CENTS

TO THE ORDER OF: Zanda Balode
340 SE 3rd ST
Apt 1404
Miami, FL 33131

Re: Amal - Level 6 Grove Ink

| | |
|---|---|
| Employer: | Ink 477 LLC - 1691 Michigan Avenue suite 501 Miami Beach FL 33139 USA |
| Employee Name: | Balode, Zanda |
| Employee Number: | |
| Period: | Sun Apr 2, 2023 to Sat Apr 15, 2023 |
| Pay Date: | Fri Apr 21, 2023 |

## Pay Summary

Net Pay: $1,290.23

| | | Current Period | | | | Year To Date | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earning | Deduction | Benefit | Earning/Deduction | Benefit | Hours |
| Regular Pay: Level 6 - Server | $7.98 | 33.43 | $266.77 | - | - | $1,188.54 | - | 148.94 |
| Service Charge Income | - | - | $994.92 | - | - | $4,481.83 | - | - |
| Charged Tips | - | - | $253.99 | - | - | $867.99 | - | - |
| Vacation Payout | - | - | - | - | - | - | - | - |
| Regular Pay: Level 6 - Training FOH/H | - | - | - | - | - | $311.74 | - | 28.34 |
| Training | - | - | - | - | - | $22.00 | - | - |
| **Total Earnings** | | | **$1,515.68** | | | **$6,872.10** | | **177.28** |
| Federal Income Tax | - | - | - | $109.50 | - | $525.94 | - | - |
| FICA Tax | - | - | - | $93.97 | - | $426.06 | - | - |
| Medicare Tax | - | - | - | $21.98 | - | $99.65 | - | - |
| **Total Deductions** | | | | **$225.45** | | **$1,051.65** | | **0.00** |
| **Total** | - | 33.43 | $1,515.68 | $225.45 | - | $5,820.45 | - | |

Other Details:

FFCRA Sick Leave

Hours
Current Earned:  0.00 hrs
Current Taken:   0.00 hrs
Balance:         5.00 hrs



# Pay Stubs

 push

DATE: 2023 - 03 - 24
YYYY MM DD

***** 1,257 DOLLARS AND 14 CENTS

***** 1,257.14

Zanda Balode
340 SE 3rd ST
Apt 1404
Miami, FL 33131

Re: Amal - Level 6 Grove Ink

**Employer:** Ink 477 LLC - 1691 Michigan Avenue suite 501 Miami Beach FL 33139 USA
**Employee Name:** Zanda Balode
**Employee Number:**
**Payroll Period:** Sun Mar 5, 2023 to Sat Mar 18, 2023

**Net Pay:** $1,257.14

| Description | Rate | Hours | Current Period Earning | Deduction | Benefit | Year to Date Earnings/Deductions | Benefit |
|---|---|---|---|---|---|---|---|
| Regular Pay: Level 6 - Server | $7.98 | 36.37 | $290.23 | - | - | $568.81 | - |
| Service Charge Income | - | - | $912.74 | - | - | $2,225.48 | - |
| Charged Tips | - | - | $271.53 | - | - | $540.73 | - |
| Vacation Payout | - | - | - | - | - | - | - |
| Federal Income Tax | - | - | - | $104.56 | - | $286.31 | - |
| FICA Tax | - | - | - | $91.42 | - | $227.46 | - |
| Medicare Tax | - | - | - | $21.38 | - | $53.20 | - |
| Regular Pay: Level 6 - Training FOH/B | - | - | - | - | - | $311.74 | - |
| Training | - | - | - | - | - | $22.00 | - |
| Total | - | 36.37 | $1,474.50 | $217.36 | - | $3,100.79 | - |

**Other Details:**

**FFCRA Sick Leave**
**Hours**
Current Earned: 0.00 hrs
Current Taken: 0.00 hrs
Balance: 5.00 hrs

◇push

19-7076 / 3250

DATE: 2023 - 03 - 24
YYYY MM DD

***** $1,257.14

PAY: ***** 1,257 DOLLARS AND 14 CENTS

TO THE ORDER OF: Zanda Balode
340 SE 3rd ST
Apt 1404
Miami, FL 33131

Re: Amal - Level 6 Grove Ink

**Employer:** Ink 477 LLC - 1691 Michigan Avenue suite 501 Miami Beach FL 33139 USA
**Employee Name:** Balode, Zanda
**Employee Number:**
**Period:** Sun Mar 5, 2023 to Sat Mar 18, 2023
**Pay Date:** Fri Mar 24, 2023

## Pay Summary

Net Pay: $1,257.14

| Description | Rate | Hours | Earning | Deduction | Benefit | Earning/Deduction | Benefit | Hours |
|---|---|---|---|---|---|---|---|---|
| | | | Current Period | | | Year To Date | | |
| Regular Pay: Level 6 - Server | $7.98 | 36.37 | $290.23 | - | - | $568.81 | - | 71.28 |
| Service Charge Income | - | - | $912.74 | - | - | $2,225.48 | - | - |
| Charged Tips | - | - | $271.53 | - | - | $540.73 | - | - |
| Vacation Payout | - | - | - | - | - | - | - | - |
| Regular Pay: Level 6 - Training FOH/H | - | - | - | - | - | $311.74 | - | 28.34 |
| Training | - | - | - | - | - | $22.00 | - | - |
| **Total Earnings** | | | **$1,474.50** | | | **$3,668.76** | | **99.62** |
| Federal Income Tax | - | - | - | $104.56 | - | $286.31 | - | - |
| FICA Tax | - | - | - | $91.42 | - | $227.46 | - | - |
| Medicare Tax | - | - | - | $21.38 | - | $53.20 | - | - |
| **Total Deductions** | | | | **$217.36** | | **$566.97** | | **0.00** |
| **Total** | - | 36.37 | $1,474.50 | $217.36 | - | $3,101.79 | - | |

**Other Details:**

FFCRA Sick Leave

                  Hours
Current Earned: 0.00 hrs
Current Taken: 0.00 hrs
Balance: 5.00 hrs