# EXHIBIT B

# AMAL MIAMI
3480 Main Hwy, Miami Florida
Tel: (786) 369-0846

************* Daily Totals **************

```
Store:        Amal Miami
Rpt Date:     2/27/2023 10.58 PM
From Date:    2/27/2023
To Date:      2/27/2023
From Time:    12:00 AM
To Time:      11:59 PM
Server:       Zanda Balode
Status:       Closed
Report By:    User Closed
Cost Ctr:     All Cost Centers
Segment:      All Segments
Shift:        All Shifts
```

| Description | Qnty | Amount |
|---|---|---|
| ******** Sales ********* | | |
| FOOD | 96.00 | 892.00 |
| LIQUOR | 75.00 | 1270.00 |
| NON ALCOHOLIC | 6.00 | 46.00 |
| WINE | 5.00 | 460.00 |
| Total: | 182.00 | 2668.00 |
| **** Auto Gratuity ***** | | |
| Service Charge | 11.00 | 533.60 |
| Total: | 11.00 | 533.60 |
| ******** Taxes ********* | | |
| Local Tax | 10.00 | 26.68 |
| Sales Tax | 10.00 | 224.13 |
| Total: | 20.00 | 250.81 |
| Total On-Hand: | | 3452.41 |
| ******* Payments ******* | | |
| AMEX | 1.00 | 1108.96 |
| CASH (0.00USD) | 1.00 | 0.00 |
| MC | 4.00 | 618.54 |
| DISC | 2.00 | 355.98 |
| VISA | 4.00 | 1430.91 |
| Total: | 12.00 | 3514.39 |
| **** Net Cash Owing **** | | |
| Cash Payments | 1.00 | 0.00 |
| Non-Cash Tips | 3.00 | -61.98 |
| Auto Gratuity | 11.00 | -533.60 |
| USD Total: | | -595.58 |
| ******* Refunded ******* | | |
| Total: | 0.00 | 0.00 |
| ****** Discounts ******* | | |
| Liquor-Server Error | 1.00 | 20.00 |
| Total: | 1.00 | 20.00 |
| **** Server Summary **** | | |
| Zanda Balode | 182.00 | 2668.00 |
| Total: | 182.00 | 2668.00 |

*********** Shift Information ************
```
Start:  2/27/2023 5:52 PM
End:    2/27/2023 10:58 PM
Hours:                         5.10
```
Total Hours: 5.10

********** Statistical Summary ***********
```
            Total Hours: 5.10
    Average $/Hour Gross: 527.06
      Average $/Hour Net: 523.14
     Average Guest/Hour: 5.29
          Total Checks: 11
  Average $/Check Gross: 244.36
    Average $/Check Net: 242.55
         Total Guests: 27
        Total Entrees: 0
  Average $/Guest Gross: 99.56
    Average $/Guest Net: 98.81
      Average Stay (hrs): 2.07
     Total Male Guests: 0
   Total Female Guests: 0
Total Unspecified Guests: 27
```
*******************************************

# AMAL MIAMI
3480 Main Hwy, Miami Florida
Tel: (786) 369-0846

************** Daily Totals *************

```
Store:      Amal Miami
Rpt Date:   2/26/2023 4:23 PM
From Date:  2/26/2023
To Date:    2/26/2023
From Time:  12:00 AM
To Time:    11:59 PM
Server:     Zanda Balode
Status:     Closed
Report By:  User Closed
Cost Ctr:   All Cost Centers
Segment:    All Segments
Shift:      1 of 1
```

| Description | Qnty | Amount |
|---|---|---|
| ******** Sales ********* | | |
| BEER | 4.00 | 36.00 |
| FOOD | 93.00 | 1380.00 |
| LIQUOR | 30.00 | 457.00 |
| NON ALCOHOLIC | 4.00 | 25.50 |
| WINE | 17.00 | 708.00 |
| Total: | 148.00 | 2606.50 |
| **** Auto Gratuity ***** | | |
| Service Charge | 17.00 | 521.30 |
| Total: | 17.00 | 521.30 |
| ******** Taxes ********* | | |
| Local Tax | 14.00 | 26.07 |
| Sales Tax | 14.00 | 218.92 |
| Total: | 28.00 | 244.99 |
| Total On-Hand: | | 3372.79 |
| ******* Payments ******* | | |
| AMEX | 4.00 | 754.00 |
| CASH (0.00USD) | 4.00 | 200.00 |
| MC | 9.00 | 1402.99 |
| VISA | 7.00 | 1141.84 |
| Total: | 24.00 | 3498.83 |
| **** Net Cash Owing **** | | |
| Cash Payments | 4.00 | 200.00 |
| Non-Cash Tips | 5.00 | -126.04 |
| Auto Gratuity | 17.00 | -521.30 |
| USD Total: | | -447.34 |
| ******* Refunded ******* | | |
| Total: | 0.00 | 0.00 |
| ****** Discounts ******* | | |
| Food-Guest comp | 1.00 | 15.00 |
| Liquor-DNL | 2.00 | 42.00 |
| Total: | 3.00 | 57.00 |
| ******** Voids ********* | | |
| TESTING | 1.00 | 9.00 |
| Total: | 1.00 | 9.00 |
| **** Cancellations ***** | | |
| Due To Void | 1.00 | 9.00 |
| Due To Unsplit | 1.00 | 0.00 |
| Total: | 2.00 | 9.00 |
| **** Server Summary **** | | |
| Zanda Balode | 148.00 | 2606.50 |
| Total: | 148.00 | 2606.50 |

*********** Shift Information ************
```
Start:  2/26/2023 11:11 AM
End:    2/26/2023 4:22 PM
Hours:                      5.18
```

Total Hours: 5.18

********** Statistical Summary ***********
```
           Total Hours: 5.18
    Average $/Hour Gross: 513.86
      Average $/Hour Net: 502.86
     Average Guest/Hour: 7.14
          Total Checks: 17
   Average $/Check Gross: 156.68
    Average $/Check Net: 153.32
          Total Guests: 37
         Total Entrees: 0
   Average $/Guest Gross: 71.99
     Average $/Guest Net: 70.45
      Average Stay (hrs): 1.45
      Total Male Guests: 0
    Total Female Guests: 0
 Total Unspecified Guests: 37
```
****************************************

# AMAL MIAMI
3480 Main Hwy, Miami Florida
Tel: (786) 369-0846

************ Daily Totals ************

```
Store:      Amal Miami
Rpt Date:   2/28/2023 10:06 PM
From Date:  2/28/2023
To Date:    2/28/2023
From Time:  12:00 AM
To Time:    11:59 PM
Server:     Zanda Balode
Status:     Closed
Report By:  User Closed
Cost Ctr:   All Cost Centers
Segment:    All Segments
Shift:      All Shifts
```

| Description | Qnty | Amount |
|---|---|---|
| ******** Sales ********* | | |
| BEER | 6.00 | 54.00 |
| FOOD | 137.00 | 1697.00 |
| LIQUOR | 84.00 | 1137.00 |
| NON ALCOHOLIC | 11.00 | 87.00 |
| WINE | 9.00 | 360.00 |
| Total: | 247.00 | 3335.00 |
| ***** Auto Gratuity ***** | | |
| Service Charge | 12.00 | 667.00 |
| Total: | 12.00 | 667.00 |
| ******** Taxes ********* | | |
| Local Tax | 10.00 | 33.35 |
| Sales Tax | 10.00 | 280.14 |
| Total: | 20.00 | 313.49 |
| Total On-Hand: | | 4315.49 |
| ******* Payments ******* | | |
| AMEX | 3.00 | 1459.90 |
| CASH (0.00USD) | 2.00 | 0.00 |
| MC | 6.00 | 2133.15 |
| DISC | 1.00 | 256.21 |
| VISA | 3.00 | 559.98 |
| Total: | 15.00 | 4409.24 |
| **** Net Cash Owing **** | | |
| Cash Payments | 2.00 | 0.00 |
| Non-Cash Tips | 3.00 | -93.75 |
| Auto Gratuity | 12.00 | -667.00 |
| USD Total: | | -760.75 |
| ******* Refunded ******* | | |
| Total: | 0.00 | 0.00 |
| ****** Discounts ******* | | |
| Food-Recovery | 1.00 | 52.00 |
| STAFF TRAINING | 1.00 | 16.00 |
| Total: | 2.00 | 68.00 |
| **** Cancellations ***** | | |
| Due To Unsplit | 1.00 | 0.00 |
| Total: | 1.00 | 0.00 |
| **** Server Summary **** | | |
| Zanda Balode | 247.00 | 3335.00 |
| Total: | 247.00 | 3335.00 |

```
********** Shift Information ************
Start:  2/28/2023 4:02 PM
End:    2/28/2023 10:06 PM
Hours:                            6.07
```

Total Hours: 6.07

```
********** Statistical Summary ***********
              Total Hours: 6.07
        Average $/Hour Gross: 560.93
         Average $/Hour Net: 549.73
        Average Guest/Hour: 5.77
              Total Checks: 12
    Average $/Check Gross: 283.58
      Average $/Check Net: 277.92
              Total Guests: 35
             Total Entrees: 0
    Average $/Guest Gross: 97.23
      Average $/Guest Net: 95.29
        Average Stay (hrs): 2.12
        Total Male Guests: 0
      Total Female Guests: 0
  Total Unspecified Guests: 35
```

```
                 AMAL MIAMI
            3480 Main Hwy, Miami Florida
                Tel: (786) 369-0846


************** Daily Totals **************

Store:       Amal Miami
Rpt Date:    3/5/2023 12:21 AM
From Date:   3/4/2023
To Date:     3/4/2023
From Time:   12:00 AM
To Time:     11:59 PM
Server:      Zanda Balode
Status:      Closed
Report By:   User Closed
Cost Ctr:    All Cost Centers
Segment:     All Segments
Shift:       2 of 2

----------------------------------------
Description              Qnty    Amount
----------------------------------------
******** Sales *********
BEER                      3.00     27.00
FOOD                    113.00   1509.00
LIQUOR                   67.00    978.00
NON ALCOHOLIC             5.00     43.00
WINE                     22.00    598.00
             Total:     210.00   3155.00

**** Auto Gratuity *****
Service Charge           19.00    631.00
             Total:      19.00    631.00

******** Taxes *********
Local Tax                19.00     31.69
Sales Tax                19.00    266.01
             Total:      38.00    297.70
                                --------
      Total On-Hand:             4083.70

******* Payments *******
                          8.00    884.33
AMEX                      1.00    104.36
CASH (0.00USD)            7.00    642.36
MC                        1.00     75.92
DISC                      1.00    250.00
DORSIA                   16.00   2183.02
VISA                      1.00      0.02
RNDADJST                  1.00      0.00
             Total:      35.00   4140.01

**** Net Cash Owing ****
Cash Payments             1.00    104.36
Non-Cash Tips            10.00    -56.31
Auto Gratuity            19.00   -631.00
         USD Total:              -582.95

******* Refunded *******
             Total:       0.00      0.00

****** Discounts *******
Food-Guest comp           3.00     56.00
Food-Server Error         4.00     67.00
INK STAFF 25%             4.00     14.00
Liquor-Guest Comp         2.00     23.00
             Total:      13.00    160.00

******** Voids *********
NOT MADE                  9.00    120.00
             Total:       9.00    120.00

**** Cancellations *****
Due To Void               1.00     34.00
Due To Unsplit            1.00      0.00
             Total:       2.00     34.00

**** Server Summary ****
Zanda Balode            210.00   3155.00
             Total:     210.00   3155.00

********** Shift Information ************
Start:    3/4/2023 4:55 PM
End:      3/5/2023 12:21 AM
Hours:                             7.43
----------------------------------------
                 Total Hours: 7.43

********** Statistical Summary **********
            Total Hours: 7.43
    Average $/Hour Gross: 445.96
     Average $/Hour Net: 424.44
      Average Guest/Hour: 6.46
           Total Checks: 19
   Average $/Check Gross: 174.47
     Average $/Check Net: 166.05
          Total Guests: 48
          Total Entrees: 0
    Average $/Guest Gross: 69.06
     Average $/Guest Net: 65.73
       Average Stay (hrs): 1.82
       Total Male Guests: 0
     Total Female Guests: 0
  Total Unspecified Guests: 48
```

Case 1:23-cv-23614-LFL  Document 25-2  Entered on FLSD Docket 11/28/2023  Page 6 of 21

# AMAL MIAMI
3480 Main Hwy, Miami Florida
Tel: (786) 369-0846

```
******** There is 1 open orders. ********

*********************************************
************ NOT A FINAL READ ************
*********************************************

************* Daily Totals **************

Store:       Amal Miami
Rpt Date:    3/4/2023 4:05 PM
From Date:   3/4/2023
To Date:     3/4/2023
From Time:   12:00 AM
To Time:     11:59 PM
Server:      Zanda Balode
Status:      Closed
Report By:   User Closed
Cost Ctr:    All Cost Centers
Segment:     All Segments
Shift:       1 of 1

---- ------------------- ------ --------
Description             Qnty    Amount
------- ---------------- ------ --------
******** Sales *********
FOOD                    79.00   1196.00
LIQUOR                  36.00   626.00
NON ALCOHOLIC            5.00    52.50
WINE                    7.00    121.00
            Total:     128.00   1995.50

**** Auto Gratuity *****
Service Charge          12.00   399.10
            Total:      12.00   399.10

******** Taxes *********
Local Tax               12.00   19.96
Sales Tax               12.00   167.63
            Total:      24.00   187.59
                                --------
       Total Un-Hand:           2582.19

******* Payments *******
AMEX                     1.00   543.48
CASH (0.00USD)           3.00   384.35
MC                       6.00   633.02
VISA                     8.00   1042.21
RNDADJST                 1.00   -0.02
            Total:      19.00   2603.04


**** Net Cash Owing ****
Cash Payments            3.00   384.35
Non-Cash Tips            2.00   -20.85
Auto Gratuity           12.00   -399.10
        USD Total:              -35.60

**** Server Summary ****
Zanda Balode           128.00   1995.50
            Total:     128.00   1995.50

*********** Shift Information ************
Start:  3/4/2023 10:29 AM
End:
Hours:                           5.60
--------------------------------------------
                   Total Hours: 5.60

********** Statistical Summary ***********
              Total Hours: 5.60
    Average $/Hour Gross: 356.34
      Average $/Hour Net: 356.34
    Average Guest/Hour: 6.96
           Total Checks: 12
   Average $/Check Gross: 166.29
     Average $/Check Net: 166.29
           Total Guests: 39
          Total Entrees: 0
   Average $/Guest Gross: 51.17
     Average $/Guest Net: 51.17
     Average Stay (hrs): 1.08
       Total Male Guests: 0
     Total Female Guests: 0
Total Unspecified Guests: 39

******** There is 1 open orders. ********

*********************************************
************ NOT A FINAL READ ************
*********************************************
```

Case 1:23-cv-23614-LFL Document 25-2 Entered on FLSD Docket 11/28/2023 Page 7 of 21

# AMAL MIAMI
3480 Main Hwy, Miami Florida
Tel: (786) 369-0846

```
************** Daily Totals **************
Store:          Amal Miami
Rpt Date:       3/19/2023 2:49 PM
From Date:      3/19/2023
To Date:        3/19/2023
From Time:      12:00 AM
To Time:        11:59 PM
Server:         Zanda Balode
Status:         Closed
Report By:      User Closed
Cost Ctr:       All Cost Centers
Segment:        All Segments
Shift:          All Shifts
```

| Description | Qnty | Amount |
|---|---|---|
| ******** Sales ********* | | |
| FOOD | 44.00 | 638.00 |
| LIQUOR | 8.00 | 135.00 |
| NON ALCOHOLIC | 1.00 | 8.00 |
| WINE | 66.00 | 440.00 |
| Total: | 119.00 | 1221.00 |
| **** Auto Gratuity ***** | | |
| Service Charge | 7.00 | 244.20 |
| Total: | 7.00 | 244.20 |
| ******** Taxes ********* | | |
| Local Tax | 6.00 | 12.21 |
| Sales Tax | 6.00 | 102.57 |
| Total: | 12.00 | 114.78 |
| Total On-Hand: | | 1579.98 |
| ******* Payments ******* | | |
| ^MEX | 1.00 | 53.92 |
| CASH (0.00USD) | 1.00 | 0.00 |
| MC | 1.00 | 86.71 |
| DISC | 1.00 | 36.23 |
| VISA | 10.00 | 1403.12 |
| Total: | 14.00 | 1579.98 |
| **** Net Cash Owing **** | | |
| Cash Payments | 1.00 | 0.00 |
| Auto Gratuity | 7.00 | -244.20 |
| USD Total: | | -244.20 |
| ******* Refunded ******* | | |
| Total: | 0.00 | 0.00 |
| ****** Discounts ******* | | |
| Food-MGMT Comp | 1.00 | 15.00 |
| Total: | 1.00 | 15.00 |
| **** Server Summary **** | | |
| Zanda Balode | 119.00 | 1221.00 |
| Total: | 119.00 | 1221.00 |

```
*********** Shift Information ************
Start:   3/19/2023 4:00 AM
End:     3/19/2023 2:49 PM
Hours:                          10.82
```

Total Hours: 10.82

```
********** Statistical Summary ***********
              Total Hours: 10.82
       Average $/Hour Gross: 114.27
       Average $/Hour Net: 112.88
       Average Guest/Hour : 2.03
              Total Checks: 7
       Average $/Check Gross: 176.57
       Average $/Check Net: 174.43
              Total Guests: 22
              Total Entrees: 0
       Average $/Guest Gross: 56.18
       Average $/Guest Net: 55.50
       Average Stay (hrs): 1.78
       Total Male Guests: 0
       Total Female Guests: 0
Total Unspecified Guests: 22
******************************************
```

```
             AMAL  111::MI
        3480 Main Hwy, Miami Florida
           Tel: (786) 359-0846

*************** Daily Totals ***************

Store:       Amal Miami
Rpt Date:    3/21/2023 11:29 PM
From Date:   3/21/2023
To Date:     3/21/2023
From Time:   12:00 AM
To Time:     11:59 PM
Server:      Zanda Balode
Status:      Closed
Report By:   User Closed
Cost Ctr:    All Cost Centers
Segment:     All Segments
Shift:       1 of 1

- - - - - - - - - - - - - - - - - - - - - -
Description              Qnty      Amount
- - - - - - - - - - - - - - - - - - - - - -

******** Sales *********
FOOD                     68.00     976.00
LIQUOR                   26.00     367.00
NON ALCOHOLIC             5.00      37.00
WINE                      9.00     323.00
             Total:     108.00    1703.00

**** Auto Gratuity *****
Service Charge            9.00     340.60
             Total:       9.00     340.60

******** Taxes *********
Local Tax                 8.00      17.90
Sales Tax                 8.00     149.15
             Total:      16.00     167.05

                      - - - - - - - - - - - -
    Total On-Hand:                2210.65

******* Payments *******
AMEX                      3.00     399.96
CASH (0.00USD)            2.00     270.45
MC                        1.00     443.84
DORSIA                    1.00     230.00
VISA                      5.00     926.67
             Total:      12.00    2270.92

**** Net Cash Owing ****
Cash Payments             2.00     270.45
Non-Cash Tips             3.00     -60.27
Auto Gratuity             9.00    -340.60
         USD Total:               -130.42

******* Refunded *******
             Total:       0.00       0.00

****** Discounts *******
AMAL STAFF MEAL 50%       7.00      87.00
Liquor-MGMT Comp          5.00     112.00
Staff Family Meal         1.00      16.00
             Total:      13.00     215.00

******** Voids *********
NOT MADE                  4.00     155.00
             Total:       4.00     155.00

**** Cancellations *****
Due To Void               1.00     155.00
             Total:       1.00     155.00

**** Server Summary ****
Zanda Balode            108.00    1703.00
             Total:     108.00    1703.00

*********** Shift Information ************
Start:   3/21/2023 4:00 AM
End:     3/21/2023 11:28 PM
Hours:                              19.47
- - - - - - - - - - - - - - - - - - - - - -
                   Total Hours:    19.47

********** Statistical Summary ***********
          Total Hours:  19.47
    Average $/Hour Gross:  98.53
    Average $/Hour Net:    87.48
    Average Guest/Hour:     1.49
          Total Checks:  9
   Average $/Check Gross:  213.11
   Average $/Check Net:    189.22
          Total Guests:  29
          Total Entrees:  0
   Average $/Guest Gross:  66.14
   Average $/Guest Net:    58.72
      Average Stay (hrs):  2.12
    Total Male Guests:  0
    Total Female Guests:  0
Total Unspecified Guests:  29
****************************************
```

Case 1:23-cv-23614-LFL   Document 25-2   Entered on FLSD Docket 11/28/2023   Page 9 of 21

# AMAL MIAMI
3480 Main Hwy, Miami Florida
Tel: (786) 369-0846

************** Daily Totals **************

```
Store:      Amal Miami
Rpt Date:   3/27/2023 9:36 PM
From Date:  3/27/2023
To Date:    3/27/2023
From Time:  12:00 AM
To Time:    11:59 PM
Server:     Zanda Balode
Status:     Closed
Report By:  User Closed
Cost Ctr:   All Cost Centers
Segment:    All Segments
Shift:      All Shifts
```

| Description | Qnty | Amount |
|---|---|---|
| ******** Sales ********* | | |
| BEER | 9.00 | 81.00 |
| FOOD | 69.00 | 969.00 |
| LIQUOR | 33.00 | 469.00 |
| NON ALCOHOLIC | 6.00 | 46.00 |
| WINE | 11.00 | 284.00 |
| Total: | 128.00 | 1849.00 |
| | | |
| **** Auto Gratuity ***** | | |
| Service Charge | 5.00 | 369.80 |
| Total: | 5.00 | 369.80 |
| | | |
| ******** Taxes ********* | | |
| Local Tax | 5.00 | 18.49 |
| Sales Tax | 5.00 | 155.32 |
| Total: | 10.00 | 173.81 |

```
           Total On-Hand:        2392.61

******* Payments *******
AMEX               6.00     1952.22
MC                 4.00      440.39
         Total:   10.00     2392.61


**** Net Cash Owing ****
Cash Payments      0.00        0.00
Auto Gratuity      5.00     -369.80
         Total:             -369.80


**** Server Summary ****
Zanda Balode     128.00     1849.00
         Total:  128.00     1849.00

*********** Shift Information ************
Start:   3/27/2023 5:39 PM
End:     3/27/2023 9:36 PM
Hours:                          3.95

                    Total Hours: 3.95

********** Statistical Summary ***********
              Total Hours: 3.95
      Average $/Hour Gross: 468.10
        Average $/Hour Net: 468.10
       Average Guest/Hour: 6.33
             Total Checks: 5
     Average $/Check Gross: 369.80
       Average $/Check Net: 369.80
             Total Guests: 25
            Total Entrees: 0
     Average $/Guest Gross: 73.96
       Average $/Guest Net: 73.96
        Average Stay (hrs): 2.37
         Total Male Guests: 0
       Total Female Guests: 0
   Total Unspecified Guests: 25
```

# AMAL MIAMI
3480 Main Hwy, Miami Florida
Tel: (786) 369-0846

************* Daily Totals *************

Store:        Amal Miami
Rpt Date:     3/28/2023 10:27 PM
From Date:    3/28/2023
To Date:      3/28/2023
From Time:    12:00 AM
To Time:      11:59 PM
Server:       Zanda Balode
Status:       Closed
Report By:    User Closed
Cost Ctr:     All Cost Centers
Segment:      All Segments
Shift:        All Shifts

| Description | Qnty | Amount |
| --- | --- | --- |
| ******** Sales ********* | | |
| BEER | 4.00 | 36.00 |
| FOOD | 66.00 | 1077.00 |
| LIQUOR | 26.00 | 426.00 |
| NON ALCOHOLIC | 10.00 | 78.00 |
| WINE | 12.00 | 212.00 |
| Total: | 118.00 | 1829.00 |
| | | |
| **** Auto Gratuity ***** | | |
| Service Charge | 15.00 | 365.80 |
| Total: | 15.00 | 365.80 |
| | | |
| ******** Taxes ********* | | |
| Local Tax | 14.00 | 18.29 |
| Sales Tax | 14.00 | 153.64 |
| Total: | 28.00 | 171.93 |
| | | |
| Total On-Hand: | | 2366.73 |
| | | |
| ******* Payments ******* | | |
| AMEX | 5.00 | 953.03 |
| CASH (0.00USD) | 1.00 | 0.00 |
| MC | 3.00 | 232.27 |
| VISA | 10.00 | 1196.53 |
| Total: | 19.00 | 2381.83 |
| | | |
| **** Net Cash Owing **** | | |
| Cash Payments | 1.00 | 0.00 |
| Non-Cash Tips | 2.00 | -15.10 |
| Auto Gratuity | 15.00 | -365.80 |
| USD Total: | | -380.90 |
| | | |
| ******* Refunded ******* | | |
| Total: | 0.00 | 0.00 |
| | | |
| ****** Discounts ******* | | |
| Food- DNL | 1.00 | 15.00 |
| Total: | 1.00 | 15.00 |
| | | |
| **** Cancellations ***** | | |
| Due To Unsplit | 3.00 | 0.00 |
| Total: | 3.00 | 0.00 |
| | | |
| **** Server Summary **** | | |
| Zanda Balode | 118.00 | 1829.00 |
| Total: | 118.00 | 1829.00 |

********** Shift Information ************
Start:   3/28/2023 5:13 PM
End:     3/28/2023 10:27 PM
Hours:                            5.23

                        Total Hours: 5.23

********** Statistical Summary ***********
              Total Hours: 5.23
     Average $/Hour Gross: 352.36
       Average $/Hour Net: 349.49
      Average Guest/Hour: 5.73
             Total Checks: 15
    Average $/Check Gross: 122.93
      Average $/Check Net: 121.93
             Total Guests: 30
            Total Entrees: 0
    Average $/Guest Gross: 61.47
      Average $/Guest Net: 60.97
        Average Stay (hrs): 1.58
        Total Male Guests: 0
      Total Female Guests: 0
  Total Unspecified Guests: 30
***************************************

# AMAL MIAMI
3480 Main Hwy, Miami Florida
Tel: (786) 369-0846

************** Daily Totals **************

```
Store:        Amal Miami
Rpt Date:     3/26/2023 3:12 PM
From Date:    3/26/2023
To Date:      3/26/2023
From Time:    12:00 AM
To Time:      11:59 PM
Server:       Zanda Balode
Status:       Closed
Report By:    User Closed
Cost Ctr:     All Cost Centers
Segment:      All Segments
Shift:        1 of 1
```

| Description | Qnty | Amount |
| --- | --- | --- |
| ******** Sales ********* | | |
| FOOD | 76.00 | 855.00 |
| LIQUOR | 41.00 | 599.00 |
| NON ALCOHOLIC | 11.00 | 76.50 |
| WINE | 3.00 | 104.00 |
| Total: | 131.00 | 1634.50 |
| | | |
| **** Auto Gratuity ***** | | |
| Service Charge | 8.00 | 326.90 |
| Total: | 8.00 | 326.90 |
| | | |
| ******** Taxes ********* | | |
| Local Tax | 7.00 | 16.35 |
| Sales Tax | 7.00 | 137.30 |
| Total: | 14.00 | 153.65 |
| | | |
| Total On-Hand: | | 2115.05 |
| | | |
| ******* Payments ******* | | |
| AMEX | 4.00 | 528.17 |
| CASH (0.00USD) | 1.00 | 194.30 |
| MC | 2.00 | 178.14 |
| VISA | 7.00 | 1214.44 |
| Total: | 14.00 | 2115.05 |
| | | |
| **** Net Cash Owing **** | | |
| Cash Payments | 1.00 | 194.30 |
| Auto Gratuity | 8.00 | -326.90 |
| USD Total: | | -132.60 |
| | | |
| ******* Refunded ******* | | |
| Total: | 0.00 | 0.00 |
| | | |
| ****** Discounts ******* | | |
| Liquor-DNL | 2.00 | 42.00 |
| Total: | 2.00 | 42.00 |
| | | |
| **** Server Summary **** | | |
| Zanda Balode | 131.00 | 1634.50 |
| Total: | 131.00 | 1634.50 |

*********** Shift Information ************
```
Start:   3/26/2023 11:05 AM
End:     3/26/2023 3:11 PM
Hours:                          4.10
```

Total Hours: 4.10

********** Statistical Summary ***********
```
                Total Hours: 4.10
      Average $/Hour Gross: 408.90
        Average $/Hour Net: 398.66
        Average Guest/Hour: 6.10
              Total Checks: 8
     Average $/Check Gross: 209.56
       Average $/Check Net: 204.31
              Total Guests: 25
             Total Entrees: 0
     Average $/Guest Gross: 67.06
       Average $/Guest Net: 65.38
         Average Stay (hrs): 1.68
          Total Male Guests: 0
        Total Female Guests: 0
    Total Unspecified Guests: 25
```
*****************************************

Case 1:23-cv-23614-LFL   Document 25-2   Entered on FLSD Docket 11/28/2023   Page 12 of 21

# AMAL MIAMI
3480 Main Hwy, Miami Florida
Tel: (786) 369-0846

```
*****+++++++++++++++++++++++++++++++++++
*****+++++++ NOT A FINAL READ ***********
*****************************************
```

```
***+ +++++++++ Daily Totals **************
```

Store:        Amal Miami
Rpt Date:     4/1/2023 4:08 PM
From Date:    4/1/2023
To Date:      4/1/2023
From Time:    12:00 AM
To Time:      11:59 PM
Server:       Zanda Balode
Status:       Closed
Reset By:     User Closed
Cost Ctr:     All Cost Centers
Segment:      All Segments
Shift:        1 of 1

| Description | Qnty | Amount |
| --- | --- | --- |
| ******** Sales ********* | | |
| FOOD | 63.00 | 822.00 |
| LIQUOR | 33.00 | 534.00 |
| NON ALCOHOLIC | 10.00 | 84.00 |
| WINE | 23.00 | 308.00 |
| Total: | 129.00 | 1748.00 |
| | | |
| **** Auto Gratuity ***** | | |
| Service Charge | 13.00 | 349.60 |
| Total: | 13.00 | 349.60 |
| | | |
| ******** Taxes ********** | | |
| Local Tax | 13.00 | 17.48 |
| Sales Tax | 13.00 | 146.84 |
| Total: | 26.00 | 164.32 |
| | | |
| Total On-Ha | | 2261.92 |
| | | |
| ******* Payments ******* | | |
| AMEX | 5.00 | 342.39 |
| MC | 5.00 | 736.33 |
| VISA | 13.00 | 1205.52 |
| Total: | 23.00 | 2284.24 |
| | | |
| **** Net Cash Owing **** | | |
| Cash Payments | 0.00 | 0.00 |
| Non-Cash Tips | 2.00 | -22.32 |
| Auto Gratuity | 13.00 | -349.60 |
| Total: | | -371.92 |
| | | |
| **** Server Summary *** | | |
| Zanda Balode | 129.00 | 1748.00 |
| Total: | 129.00 | 1748.00 |

```
*********** Shift I       tion ************
Start:  4/1/2023 11:
End:
Hours.                                    4.98
----       ---
               al Hours: 4.98
```

```
+++++++++ statistics   Summary ++++++++++
             Total of    . 4.98
     Avera  14      .    758.77
     Average prio v 1: 750.77
     Average Guest/Hour: 7.02
            Total Checks: 13
 Average $/Check Gross: 134.46
   Average $/Check Net: 134.46
          Total Guests: 35
         Total Entrees: 0
 Average $/Guest Gross: 49.94
   Average $/Guest Net: 49.94
     Average Stay (hrs): 1.58
       Total Male Guests: 0
     Total Female Guests: 0
 Total Unspecified Guests: 35
```

```
*****************************************
*********** NOT A FINAL READ ************
*****************************************
```

*week 3/5- 3/18*
*TPS - 3,103 #*
*pay check*
*1257 #*

# AMAL MIAMI
3480 Main Hw  Miami Florida
Tel: (78) 369-0846

```
**********************************
***********  NOT A FINAL READ  **********
**********************************

***********  Daily Totals  **********

Store:           Amal Miam
Rpt Date:        3/5/2023   41 PM
From Date:       3/5/2023
To Date:         3/5/2023
From Time:       12:00 AM
To Time:         11:59 PM
Server:          Zanda Balode
Status:          Closed
Report By:       User Closed
Cost Ctr:        All Cost Centers
Segment:         All Segments
Shift:           1 of 1


Description              Qnty       Amount

******* Sales *********
BEER                     1.00         9.00
FOOD                   134.00      1610.00
LIQUOR                  25.00       348.00
NON ALCOHOLIC           23.00       162.00
WINE                    36.00       667.00
            Total:     219.00      2796.00

**** Auto Gratuity *****
Service Charge          16.00       559.20
            Total:      16.00       559.20

******** Taxes *********
Local Tax               15.00        29.04
Sales Tax               15.00       242.29
            Total:      30.00       271.33
                                ------------
     Total On-Hand:                3626.53

******* Payments *******
AMEX                     9.00      1186.80
CASH (0.00USD)           1.00         0.00
MC                       5.00       783.51
VISA                    11.00      1733.60
            Total:      26.00      3703.91


**** Net Cash Owing ****
Cash Payments            1.00         0.00
Non-Cash Tips            6.00       -77.38
Auto Gratuity           16.00      -559.20
        USD Total:                 -636.58

******* Refunded *******
            Total:       0.00         0.00

****** Discounts *******
AMAL STAFF MEAL 50%      9.00       106.00
Food-MGMT Comp           3.00        56.00
            Total:      12.00       162.00

******** Voids *********
NOT MADE                 7.00       251.00
            Total:       7.00       251.00

**** Cancellations *****
Due To Void              2.00       113.00
            Total:       2.00       113.00

**** Server Summary ****
Zanda Balode           219.00      2796.00
            Total:     219.00      2796.00

********** Shift Information ************
Start:  3/5/2023 9:44 AM
End:
Hours:                                5.95
                                ------------
                  Total Hours: 5.95

********* Statistical Summary **********
         Total Hours: 5.95
   Average $/Hour Gross: 497.14
   Average $/Hour Net: 469.92
   Average Guest/Hour : 9.92
         Total Checks: 16
   Average $/Check Gross: 184.08
   Average $/Check Net : 174.75
         Total Guests: 59
         Total Entrees: 0
   Average $/Guest Gross: 50.14
   Average $/Guest Net: 47.39
      Average Stay (hrs): 1.25
      Total Male Guests: 0
   Total Female Guests: 0
Total Unspecified Guests: 59


**********************************
**********  NOT A FINAL READ  **********
**********************************
```

```
************* Daily Totals *************

Store:      Amal Miami
Rpt Date:   3/6/2023 10:38 PM
From Date:  3/6/2023
To Date:    3/6/2023
From Time:  12:00 AM
To Time:    11:59 PM
Server:     Zanda Balode
Status:     Closed
Report By:  User Closed
Cost Ctr:   All Cost Centers
Segment:    All Segments
Shift:      1 of 1


--------------------- -  -- ---------
Description              Qnty    Amount
--------------------- -  -- ---------
******** Sales *********
BEER                     6.00      54.00
FOOD                    91.00    1395.00
LIQUOR                  35.00     562.00
NON ALCOHOLIC            9.00      61.00
WINE                    13.00     538.00
            Total:     154.00    2610.00

**** Auto Gratuity *****
Service Charge          12.00     522.00
            Total:      12.00     522.00

******** Taxes *********
Local Tax               11.00      26.10
Sales Tax               11.00     219.26
            Total:      22.00     245.36

                       -----------------
      Total On-Hand:              3377.36

******* Payments *******
AMEX                     8.00    2312.09
CASH (0.00USD)           1.00     100.00
MC                       4.00    1052.54
            Total:      13.00    3464.63

**** Net Cash Owing ****
Cash Payments            1.00     100.00
Non-Cash Tips            4.00     -87.27
Auto Gratuity           12.00    -522.00
      USD Total:                 -509.27

******* Refunded *******
            Total:       0.00       0.00

****** Discounts *******
Liquor-Recovery          1.00      20.00
            Total:       1.00      20.00

**** Cancellations *****
Due To Unsplit           1.00       0.00
            Total:       1.00       0.00

**** Server Summary ****
Zanda Balode           154.00    2610.00
            Total:     154.00    2610.00

*********** Shift Information ***********
Start:  3/6/2023 5:00 PM
End:    3/6/2023 10:30 PM
Hours:                              5.50
-----------------------------------------
                     Total Hours:   5.50

********** Statistical Summary ***********
             Total Hours:  5.50
     Average $/Hour Gross:  478.18
      Average $/Hour Net:   474.55
     Average Guest/Hour:    5.82
          Total Checks:    12
     Average $/Check Gross: 219.17
      Average $/Check Net:  217.50
          Total Guests:    32
          Total Entrees:    0
    Average $/Guest Gross:  82.19
     Average $/Guest Net:   81.56
      Average Stay (hrs):   1.33
      Total Male Guests:    0
    Total Female Guests:    0
 Total Unspecified Guests: 32
*****************************************
```

# AMAL MIAMI
3480 Main Hwy, Miami Florida
Tel: (786) 369-0846

```
**********************************
*********** NOT A FINAL READ ***********
**********************************
```

```
*********** Daily Totals ***********
```

Store:            Amal Miami
Rpt Date:    3/12/2023 5:22 PM
From Date: 3/12/2023
To Date:      3/12/2023
From Time: 12:00 AM
To Time:     11:59 PM
Server:       Zanda Balode
Status:       Closed
Report By: User Closed
Cost Ctr:    All Cost Centers
Segment:    All Segments
Shift:         1 of 1

| Description | Qnty | Amount |
|---|---|---|
| ******** Sales ********* | | |
| BEER | 9.00 | 81.00 |
| FOOD | 141.00 | 1984.00 |
| LIQUOR | 39.00 | 712.00 |
| NON ALCOHOLIC | 24.00 | 184.00 |
| WINE | 14.00 | 388.00 |
| Total: | 227.00 | 3349.00 |
| | | |
| **** Auto Gratuity ***** | | |
| Service Charge | 20.00 | 669.80 |
| Total: | 20.00 | 669.80 |
| | | |
| ******** Taxes ********* | | |
| Local Tax | 18.00 | 33.49 |
| Sales Tax | 18.00 | 281.32 |
| Total: | 36.00 | 314.81 |
| | | |
| Total On-Hand: | | 4333.61 |
| | | |
| ******* Payments ******* | | |
| AMEX | 7.00 | 1209.20 |
| CASH (0.00USD) | 3.00 | 134.60 |
| MC | 6.00 | 1298.53 |
| VISA | 9.00 | 1781.04 |
| RNDADJUST | 1.00 | -0.02 |
| Total: | 26.00 | 4423.35 |
| | | |
| **** Net Cash Owing **** | | |
| Cash Payments | 3.00 | 134.60 |
| Non-Cash Tips | 6.00 | -89.74 |
| Auto Gratuity | 20.00 | -669.80 |
| USD Total: | | -624.94 |
| | | |
| ******* Refunded ******* | | |
| Total: | 0.00 | 0.00 |
| | | |
| ****** Discounts ******* | | |
| Food-Guest comp | 2.00 | 30.00 |
| Liquor-DNL | 1.00 | 20.00 |
| STAFF TRAINING | 2.00 | 35.00 |
| Total: | 5.00 | 85.00 |
| | | |
| ******** Voids ********* | | |
| NOT MADE | 1.00 | 15.00 |
| Total: | 1.00 | 15.00 |
| | | |
| **** Cancellations ***** | | |
| Due To Void | 1.00 | 15.00 |
| Due To Unsplit | 1.00 | 0.00 |
| Total: | 2.00 | 15.00 |
| | | |
| **** Server Summary **** | | |
| Zanda Balode | 227.00 | 3349.00 |
| Total: | 227.00 | 3349.00 |
```

```
********** Shift Information ***********
Start: 3/12/2023 10:03 AM
End:
Hours:                                    7.32
```

Total Hours: 7.32

```
********** Statistical Summary ***********
            Total Hours: 7.32
   Average $/Hour Gross: 469.34
     Average $/Hour Net: 457.72
     Average Guest/Hour: 9.57
          Total Checks: 20
  Average $/Check Gross: 171.70
    Average $/Check Net: 167.45
          Total Guests: 70
         Total Entrees: 0
  Average $/Guest Gross: 49.06
    Average $/Guest Net: 47.84
      Average Stay (hrs): 1.93
      Total Male Guests: 5
    Total Female Guests: 0
Total Unspecified Guests: 65
```

# AMAL MIAMI
3480 Main Hwy, Miami Florida
Tel: (786) 369-0846

************** Daily Totals **************

```
Store:      Amal Miami
Rpt Date:   3/13/2023 9:28 PM
From Date:  3/13/2023
To Date:    3/13/2023
From Time:  12:00 AM
To Time:    11:59 PM
Server:     Zanda Balode
Status:     Closed
Report By:  User Closed
Cost Ctr:   All Cost Centers
Segment:    All Segments
Shift:      All Shifts
```

| Description | Qnty | Amount |
|---|---|---|
| ******** Sales ********* | | |
| BEER | 6.00 | 54.00 |
| FOOD | 68.00 | 754.00 |
| LIQUOR | 43.00 | 1361.00 |
| NON ALCOHOLIC | 2.00 | 10.00 |
| WINE | 8.00 | 222.00 |
| Total: | 127.00 | 2401.00 |
| **** Auto Gratuity ***** | | |
| Service Charge | 6.00 | 480.20 |
| Total: | 6.00 | 480.20 |
| ******** Taxes ********* | | |
| Local Tax | 6.00 | 24.01 |
| Sales Tax | 6.00 | 201.68 |
| Total: | 12.00 | 225.69 |
| Total On-Hand: | | 3106.89 |
| ******* Payments ******* | | |
| AMEX | 2.00 | 408.90 |
| MC | 1.00 | 97.05 |
| VISA | 4.00 | 2621.06 |
| Total: | 7.00 | 3127.01 |
| **** Net Cash Owing **** | | |
| Cash Payments | 0.00 | 0.00 |
| Non-Cash Tips | 2.00 | -20.12 |
| Auto Gratuity | 6.00 | -480.20 |
| Total: | | -500.32 |
| ******* Refunded ******* | | |
| Total: | 0.00 | 0.00 |
| ****** Discounts ******* | | |
| MANAGERS MEALS | 1.00 | 22.00 |
| Total: | 1.00 | 22.00 |
| ******** Voids ********* | | |
| NOT MADE | 1.00 | 732.00 |
| Total: | 1.00 | 732.00 |
| **** Cancellations ***** | | |
| Due To Unsplit | 1.00 | 0.00 |
| Total: | 1.00 | 0.00 |
| **** Server Summary **** | | |
| Zanda Balode | 127.00 | 2401.00 |
| Total: | 127.00 | 2401.00 |

*********** Shift Information ***********
Start:  3/13/2023 5:18 PM
End:    3/13/2023 9:28 PM
Hours:                              4.17
-------------------------------------------
                        Total Hours: 4.17

********** Statistical Summary ***********
           Total Hours: 4.17
     Average $/Hour Gross: 581.52
      Average $/Hour Net: 576.24
     Average Guest/Hour: 7.92
           Total Checks: 6
  Average $/Check Gross: 403.83
    Average $/Check Net: 400.17
           Total Guests: 33
          Total Entrees: 0
  Average $/Guest Gross: 73.42
    Average $/Guest Net: 72.76
      Average Stay (Hrs): 1.25
     Total Male Guests: 0
   Total Female Guests: 0
Total Unspecified Guests: 33
*******************************************

# AMAL MIAMI
3480 Main Hwy, Miami Florida
Tel: (786) 369-0c4

```
*********************************
************ NOT A FINAL READ ************
*********************************

************ Daily Totals ************

Store:        Amal Miami
Rpt Date:     3/11/2023 3:58 PM
From Date:    3/11/2023
To Date:      3/11/2023
From Time:    12:00 AM
To Time:      11:59 PM
Server:       Zanda Balode
Report By:    User Closed
Status:       Closed
Cost Ctr:     All Cost Centers
Segment:      All Segments
Shift:        1 of 1
```

| Description | Qnty | Amount |
|---|---|---|
| ******** Sales ********** | | |
| BEER | 2.00 | 18.00 |
| FOOD | 126.00 | 1665.00 |
| IQUOR | 24.00 | 417.00 |
| NON ALCOHOLIC | 11.00 | 86.00 |
| WINE | 10.00 | 376.00 |
| Total: | 173.00 | 2562.00 |
| **** Auto Gratuity ***** | | |
| Service Charge | 10.00 | 512.40 |
| Total: | 10.00 | 512.40 |
| ******** Taxes ********** | | |
| Local Tax | 8.00 | 25.62 |
| Sales Tax | 8.00 | 215.20 |
| Total: | 16.00 | 240.82 |

```
                          ----------------
       Total On-Hand:          3315.22
```

| ******* Payments ******* | | |
|---|---|---|
| AMEX | 5.00 | 2112.37 |
| CASH (0.00USD) | 3.00 | 150.00 |
| MC | 2.00 | 299.02 |
| DISC | 1.00 | 230.59 |
| VISA | 1.00 | 610.77 |
| Total: | 12.00 | 3402.75 |

| **** Net Cash Owing **** | | |
|---|---|---|
| Cash Payments | 3.00 | 150.00 |
| Non-Cash Tips | 3.00 | -87.53 |
| Auto Gratuity | 10.00 | -512.40 |
| USD Total: | | -449.93 |

| ****** Refunded ******* | | |
|---|---|---|
| Total: | 0.00 | 0.00 |

| ****** Discounts ******* | | |
|---|---|---|
| Food-Guest comp | 1.00 | 15.00 |
| Food Marketing | 1.00 | 15.00 |
| Food-Recovery | 3.00 | 54.00 |
| STAFF TRAINING | 1.00 | 22.00 |
| Total: | 6.00 | 106.00 |

| **** Server Summary **** | | |
|---|---|---|
| Zanda Balode | 173.00 | 2562.00 |
| Total: | 173.00 | 2562.00 |

```
********** Shift Information ***********
Start: 3/11/2023 9:50 AM
End:
Hours:                              6.13
-------------------------------------------
                    Total Hours: 6.13

********* Statistical Summary ***********
            Total Hours: 6.13
    Average $/Hour Gross: 435.00
      Average $/Hour Net: 417.72
     Average Guest/Hour: 5.71
          Total Checks: 10
   Average $/Check Gross: 266.80
     Average $/Check Net: 256.20
          Total Guests: 35
         Total Entrees: 0
   Average $/Guest Gross: 76.23
     Average $/Guest Net: 73.20
       Average Stay (hrs): 2.40
      Total Male Guests: 0
    Total Female Guests: 0
 Total Unspecified Guests: 35

*********************************
************ NOT A FINAL READ ************
*********************************
```

# AMAL MIAMI
3480 Main Hwy, Miami Florida
Tel: (786) 369-0846

************** Daily Totals **************

Store:    Amal Miami
Rpt Date: 4/4/2023 10:58 PM
From Date: 4/4/2023
To Date:  4/4/2023
From Time: 12:00 AM
To Time:  11:59 PM
Server:   Zanda Balode
Status:   Closed
Report By: User Closed
Cost Ctr: All Cost Centers
Segment:  All Segments
Shift:    All Shifts

| Description | Qnty | Amount |
|---|---|---|
| ******** Sales ******** | | |
| BEER | 6.00 | 54.00 |
| FOOD | 105.00 | 1289.00 |
| LIQUOR | 80.00 | 1292.00 |
| NON ALCOHOLIC | 9.00 | 81.00 |
| WINE | 11.00 | 148.00 |
| Total: | 211.00 | 2864.00 |
| **** Auto Gratuity ***** | | |
| Service Charge | 10.00 | 572.80 |
| Total: | 10.00 | 572.80 |
| ******** Taxes ********* | | |
| Local Tax | 9.00 | 28.64 |
| Sales Tax | 9.00 | 240.57 |
| Total: | 18.00 | 269.21 |
| Total On-Hand: | | 3706.01 |
| ******* Payments ******* | | |
| AMEX | 7.00 | 1231.04 |
| CASH (0.00USD) | 1.00 | 0.00 |
| MC | 10.00 | 1973.09 |
| VISA | 3.00 | 516.21 |
| Total: | 21.00 | 3720.44 |
| **** Net Cash Owing **** | | |
| Cash Payments | 1.00 | 0.00 |
| Non-Cash Tips | 1.00 | -14.43 |
| Auto Gratuity | 10.00 | -572.80 |
| USD Total: | | -587.23 |
| ******* Refunded ******* | | |
| Total: | 0.00 | 0.00 |
| ****** Discounts ******* | | |
| FADI ABDUL NOUR | 4.00 | 63.00 |
| Liquor-DNL | 1.00 | 20.00 |
| Total: | 5.00 | 83.00 |
| ******** Voids ********* | | |
| NOT MADE | 1.00 | 16.00 |
| Total: | 1.00 | 16.00 |
| **** Cancellations ***** | | |
| Due To Unsplit | 2.00 | 0.00 |
| Total: | 2.00 | 0.00 |
| **** Server Summary **** | | |
| Zanda Balode | 211.00 | 2864.00 |
| Total: | 211.00 | 2864.00 |

********** Shift Information ************
Start:  4/4/2023 5:51 PM
End:    4/4/2023 10:58 PM
Hours:                5.12

Total Hours: 5.12

********** Statistical Summary ***********
Total Hours: 5.12
Average $/Hour Gross: 575.96
Average $/Hour Net: 559.74
Average Guest/Hour: 6.25
Total Checks: 10
Average $/Check Gross: 294.70
Average $/Check Net: 286.40
Total Guests: 32
Total Entrees: 0
Average $/Guest Gross: 92.09
Average $/Guest Net: 89.50
Average Stay (hrs): 2.28
Total Male Guests: 0
Total Female Guests: 0
Total Unspecified Guests: 32
****************************************

*Week 4/d – 4/15*
*tips – 2415.10 # → pay 12,90,231*

# AMAL MIAMI
3480 Main Hwy, Miami Florida
Tel: (786) 369-0846

```
*******************************************
************ NOT A FINAL READ ************
*******************************************
```

```
************* Daily Totals **************
```

```
Store:       Amal Miami
Rpt Date:    4/3/2023 10:07 PM
From Date:   4/3/2023
To Date:     4/3/2023
From Time:   12:00 AM
To Time:     11:59 PM
Server:      Zanda Balode
Status:      Closed
Report By:   User Closed
Cost Ctr.    All Cost Centers
Segment:     All Segments
Shift:       1 of 1
```

| Description | Qnty | Amount |
|---|---|---|
| ******** Sales ********* | | |
| FOOD | 78.00 | 712.00 |
| LIQUOR | 39.00 | 614.00 |
| NON ALCOHOLIC | 9.00 | 69.00 |
| WINE | 13.00 | 249.00 |
| Total: | 139.00 | 1644.00 |
| **** Auto Gratuity ***** | | |
| Service Charge | 9.00 | 328.80 |
| Total: | 9.00 | 328.80 |
| ******** Taxes ********** | | |
| Local Tax | 7.00 | 16.44 |
| Sales Tax | 7.00 | 138.10 |
| Total: | 14.00 | 154.54 |
| Total On-Hand: | | 2127.34 |
| ******* Payments ******* | | |
| AMEX | 7.00 | 826.55 |
| CASH (0.00USD) | 2.00 | 0.00 |
| MC | 4.00 | 375.45 |
| VISA | 5.00 | 1063.32 |
| Total: | 18.00 | 2265.32 |
| **** Net Cash Owing **** | | |
| Cash Payments | 2.00 | 0.00 |
| Non-Cash Tips | 9.00 | -137.98 |
| Auto Gratuity | 9.00 | -328.80 |
| USD Total: | | -466.78 |
| ******* Refunded ******* | | |
| Total: | 0.00 | 0.00 |
| ****** Discounts ******* | | |
| Food- DNL | | |
| Food-MGMT Comp | 1.00 | 24.00 |
| Liquor-MGMT Comp | 2.00 | 37.00 |
| MANAGERS MEALS | 4.00 | 72.00 |
| OPEN % | 1.00 | 72.00 |
| | 6.00 | 22.00 |
| Total: | 14.00 | 227.00 |
| **** Cancellations ***** | | |
| Due To Unsplit | 1.00 | 0.00 |
| Total: | 1.00 | 0.00 |
| **** Server Summary **** | | |
| Zanda Balode | 139.00 | 1644.00 |
| Total: | 139.00 | 1644.00 |

```
********** Shift Information ************
Start:  4/3/2023 6:11 PM
End:
Hours:
                                       3.93
```

```
                      Total Hours: 3.93
```

```
********* Statistical Summary ***********
            Total Hours: 3.93
    Average $/Hour Gross: 475.68
    Average $/Hour Net: 417.97
    Average Guest/Hour: 5.59
            Total Checks: 9
    Average $/Check Gross: 207.89
    Average $/Check Net: 182.67
            Total Guests: 22
            Total Entrees: 0
    Average $/Guest Gross: 85.05
    Average $/Guest Net: 74.73
    Average Stay (hrs): 1.75
            Total Male Guests: 0
            Total Female Guests: 0
Total Unspecified Guests: 22
```

```
*******************************************
************ NOT A FINAL READ ************
*******************************************
```

# AMAL MIAMI
3480 Main Hwy, Miami Florida
Tel: (786) 369-0846

************* Daily Totals **************

```
Store:      Amal Miami
Rpt Date:   4/9/2023 4:24 PM
From Date:  4/9/2023
To Date:    4/9/2023
From Time:  12:00 AM
To Time:    11:59 PM
Server:     Zanda Balode
Status:     Closed
Report By:  User Closed
Cost Ctr:   All Cost Centers
Segment:    All Segments
Shift:      1 of 1
```

| Description | Qnty | Amount |
|---|---|---|
| ******** Sales ********* | | |
| BEER | 1.00 | 9.00 |
| FOOD | 123.00 | 1814.50 |
| LIQUOR | 34.00 | 572.00 |
| NON ALCOHOLIC | 17.00 | 129.50 |
| WINE | 20.00 | 202.00 |
| Total: | 195.00 | 2727.00 |
| | | |
| **** Auto Gratuity ***** | | |
| Service Charge | 20.00 | 541.90 |
| Total: | 20.00 | 541.90 |
| | | |
| ******** Taxes ********* | | |
| Local Tax | 17.00 | 27.45 |
| Sales Tax | 17.00 | 230.03 |
| Total: | 34.00 | 257.48 |
| | | |
| Total On-Hand: | | 3526.38 |
| | | |
| ******* Payments ******* | | |
| AMEX | 4.00 | 974.76 |
| CASH (0.00USD) | 5.00 | 146.20 |
| MC | 4.00 | 631.29 |
| DISC | 1.00 | 89.29 |
| VISA | 11.00 | 1747.54 |
| RNDADJST | 1.00 | 0.02 |
| Total: | 26.00 | 3589.10 |
| | | |
| **** Net Cash Owing **** | | |
| Cash Payments | 5.00 | 146.20 |
| Non-Cash Tips | 6.00 | -62.72 |
| Auto Gratuity | 20.00 | -541.90 |
| USD Total: | | -458.42 |
| | | |
| ******* Refunded ******* | | |
| Total: | 0.00 | 0.00 |
| | | |
| ****** Discounts ******* | | |
| AMAL STAFF MEAL 50% | 2.00 | 17.50 |
| Food-MGMT Comp | 1.00 | 15.00 |
| Food-Recovery | 1.00 | 15.00 |
| Food-Server Error | 1.00 | 15.00 |
| NA Bev-DNL | 1.00 | 11.00 |
| Wine-Guest Comp | 2.00 | 32.00 |
| Total: | 8.00 | 105.50 |
| | | |
| **** Server Summary **** | | |
| Zanda Balode | 195.00 | 2727.00 |
| Total: | 195.00 | 2727.00 |

*********** Shift Information ************
```
Start:  4/9/2023 10:02 AM
End:    4/9/2023 4:24 PM
```

# AMAL MIAMI

3480 Main Hwy, Miami Florida
Tel: (786) 369-0846

************** Daily Totals **************

| | | |
|---|---|---|
| Store: | Amal Miami | |
| Rpt Date: | 4/8/2023 4:02 PM | |
| From Date: | 4/8/2023 | |
| To Date: | 4/8/2023 | |
| From Time: | 12:00 AM | |
| To Time: | 11:59 PM | |
| Server: | Zanda Balode | |
| Status: | Closed | |
| Report By: | User Closed | |
| Cost Ctr: | All Cost Centers | |
| Segment: | All Segments | |
| Shift: | 1 of 1 | |

| Description | Unty | Amount |
|---|---|---|
| ******** Sales ********* | | |
| BEER | 5.00 | 45.00 |
| FOOD | 80.00 | 902.50 |
| LIQUOR | 16.00 | 304.00 |
| NON ALCOHOLIC | 9.00 | 84.50 |
| WINE | 23.00 | 463.00 |
| Total: | 133.00 | 1799.00 |
| | | |
| **** Auto Gratuity ***** | | |
| Service Charge | 15.00 | 357.80 |
| Total: | 15.00 | 357.80 |
| | | |
| ******** Taxes ********* | | |
| Local Tax | 15.00 | 18.27 |
| Sales Tax | 15.00 | 152.90 |
| Total: | 30.00 | 171.17 |
| | | |
| Total On-Hand: | | 2327.97 |
| | | |
| ******* Payments ******* | | |
| AMEX | 1.00 | 249.74 |
| CASH (0.00USD) | 2.00 | 70.00 |
| MC | 8.00 | 886.28 |
| VISA | 8.00 | 1158.77 |
| Total: | 19.00 | 2364.79 |
| | | |
| **** Net Cash Owing **** | | |
| Cash Payments | 2.00 | 70.00 |
| Non-Cash Tips | 3.00 | -36.82 |
| Auto Gratuity | 15.00 | -357.80 |
| USD Total: | | -324.62 |
| | | |
| ******* Refunded ******* | | |
| Total: | 0.00 | 0.00 |
| | | |
| ****** Discounts ******* | | |
| AMAL STAFF MEAL 50% | 3.00 | 27.50 |
| Liquor-DNL | 1.00 | 22.00 |
| Total: | 4.00 | 49.50 |
| | | |
| **** Cancellations ***** | | |
| Due To Unsplit | 1.00 | 0.00 |
| Total: | 1.00 | 0.00 |
| | | |
| **** Server Summary **** | | |
| Zanda Balode | 133.00 | 1799.00 |
| Total: | 133.00 | 1799.00 |

*********** Shift Information ************
Start: 4/8/2023 10:06 AM
End: 4/8/2023 4:01 PM

Hours:
Total Hours: 5.92

********** Statistical Summary ***********
Total Hours: 5.92
Average $/Hour Gross: 312.42
Average $/Hour Net: 304.06
Average Guest/Hour: 4.90
Total Checks: 16
Average $/Check Gross: 115.53
Average $/Check Net: 112.44
Total Guests: 29
Total Entrees: 0
Average $/Guest Gross: 63.74
Average $/Guest Net: 62.03
Average Stay (hrs): 1.40
Total Male Guests: 0
Total Female Guests: 0
Total Unspecified Guests: 29
***********************