# EXHIBIT C







**+1 (786) 523-6756**

10:20 AM

Kamal ignores me for 2 days
10:20 AM

Your schedule was set as of last week Zanda.
10:20 AM

You're scheduled today.
10:20 AM

I contacted push, on their end I been deleted by employer
10:20 AM

So I contacted HR also
10:21 AM

> +1 (786) 523-6756  ~Klay Rodriguez
> Your schedule was set as of last week Zanda.

I don't know my schedule by heart
10:21 AM

I don't have access to nothing!
10:21 AM

That's why I asked you can you tell me my schedule on Thursday
10:22 AM

You sended me to Kamal
10:22 AM

So I'm confused what is happening
10:22 AM



10:24

< 1  +1 (786) 523-6756

That's why I asked you can you tell me my schedule on Thursday  10:22 AM

You sended me to Kamal  10:22 AM

So I'm confused what is happening  10:22 AM

4 UNREAD MESSAGES

Again, The schedule has been out since last Wednesday.  10:23 AM

If you don't know your schedule for next week I understand. But it's been out for over a week.  10:24 AM

Also, you work every single Saturday. This is no excuse.  10:24 AM

Are you coming in or no??  10:24 AM







